IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| RICHARD LEE GARY, | * |
| Plaintiff, | * |
| v. | Case No. 7:22-cv-120-WLS-TQL |
| | * |
| WARDEN JACOB BEASLEY, et al., | |
| | * |
| Defendants. | |
| | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated January 27, 2023, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 27th day of January, 2023.

David W. Bunt, Clerk

s/ Kathleen S. Logsdon, Deputy Clerk